# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **LISA LYLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:15-CV-23** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **GREEN TREE SERVICING LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT GREEN TREE SERVICING LLC'S
## MOTION TO DISMISS AND COMPEL ARBITRATION

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, Defendant Green Tree Servicing LLC ("Green Tree") submits this Motion to compel Plaintiff to arbitrate all of her alleged claims and for the Court to dismiss this case.

This Court should compel arbitration because the Plaintiff entered into a valid and binding Arbitration Agreement ("Arbitration Agreement") that applies to all of Plaintiff's claims in this action and which requires that this matter be heard in arbitration. Therefore, this case should be heard only in the arbitration forum.

In further support of this Motion, Green Tree relies on the following:

1.     The Declaration of Clay Borders, a copy of which is attached hereto as <u>Exhibit A</u>; and

2.     Its Memorandum in Support filed contemporaneously herewith.

WHEREFORE, Green Tree respectfully requests that the Court enter an Order compelling Plaintiff to arbitrate all of her alleged claims and dismissing this case.

1

Dated this 22nd day of January, 2015.

Respectfully submitted,

By: s/ Klint Alexander_____
Klint Alexander (#020420)
V. Austin Shaver (#026581)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5600
(615) 726-0464 - facsimile
kalexander@bakerdonselson.com
vshaver@bakerdonelson.com

*Attorneys for Defendant Green Tree Servicing LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Motion to Dismiss and Compel Arbitration has been served upon the following parties in interest herein by mailing same to the offices of said parties by United States Mail with sufficient postage thereon to carry the same to its destination or by facsimile or by hand delivery.

Andy L. Allman, Esq.
ANDY L. ALLMAN & ASSOCIATES
103 Bluegrass Commons Blvd.
Hendersonville, Tennessee 37075

*Attorney for Plaintiff*

This 22nd day of January, 2015.

s/ Klint Alexander_____
Attorney

2